UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANDEEP SINGH,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et. al.,

Respondents.

No.  1:26-CV-00053-WBS-DMC

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In accordance with the directive to meet and confer to agree upon a briefing schedule, ECF No. 6, parties filed a joint status report, ECF No. 7.

The Court will adopt the proposed schedule, as follows: Respondents' response to the petition is due on or before February 5, 2026, and Petitioner's reply is due February 19, 2026.

IT IS SO ORDERED.

Dated:  January 26, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE