UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MANDEEP SINGH,<br>Plaintiff,<br>v.<br>WARDEN, et al.,<br>Defendants. | Nos. 1:26-cv-00053 WBS DMC, 1:26-cv-05515 DC CKD<br><br>ORDER |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties, are based on the same or similar claims, and involve similar questions of law and fact. Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is

effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Mandeep Singh v. Warden, et al., Case No. 1:26-cv-00053 WBS DMC, and Mandeep Singh v. Warden, et al., Case No. 1:26-cv-05515 DC CKD, be, and the same hereby are, deemed related. The case denominated Mandeep Singh v. Warden, et al., Case No. 1:26-cv-05515 DC CKD, shall be reassigned to Judge WILLIAM B. SHUBB and Judge DENNIS M. COTA. The briefing schedule set forth in the reassigned case (Docket No. 7) shall remain in effect. Henceforth, the captions on documents filed in the reassigned case shall be shown as Mandeep Singh v. Warden, et al., Case No. 1:26-cv-00053 WBS DMC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: July 23, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE